# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CESAR B. Q., | Case No. 26-cv-484 (LMP/DTS) |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| PAMELA BONDI, *Attorney General*; DAREN K. MARGOLIN, *Director for Executive Office of Immigration Review*; EXECUTIVE OFFICE OF IMMIGRATION REVIEW; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*; and RYAN SHEA, *Freeborn County Sheriff*, | |
| Respondents. | |

This matter is before the Court on Petitioner's Voluntary Dismissal (ECF No. 4). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: January 27, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge